FILED
2013 APR 23  AM 9: 30
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Kwanza Burrell
9829 Davison Rd
Baltimore, Maryland, 21220
Case # 13-14444
April 22, 2013

US Bankruptcy Clerk's Office
Baltimore Division
101 West Lombard St Ste 8530
Baltimore, Maryland 21201

To Whom It May Concern:

Please accept this letter as my formal statement in reference to the Motion of relief from the Automatic Stay submitted on GM Financial's behalf. I am requesting that the automatic stay remain in place due to the misinformed information provided by GM Financial to me once my son's car (which was a part of this contract as well) was totaled. I had continued to pay my car note and the insurance was to pay for my son's car after the accident so that the only portion that was left on the loan was my auto loan. I then receive notice early this year after continuing to my make care that they will not except any more payments from me and that they are suing me for the amount of my son's car which was totaled out by the insurance company. So I am asking the court to please leave the automatic stay in place until the bankruptcy process is over and at that time they can have my vehicle and also within that time I would have found another means of transportation for me and my children.

Sincerely,
Kwanza Burrell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

FILED
2013 APR 23  AM 9: 30
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In Re: Burrell, Kwanza | Case Number: 13-14444

| Chapter: 7

Debtor(s) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of April, a copy of Offical notice of my Answer Statement was mailed on April 22, 2013 in reference to case #13-14444. Notice was mailed via First Class mail to the following parties of interest:

Sean C. Logan
2530 Riva Road Ste 400
Annapolis, MD 21401

GM Financial
1000 Ridgeway Loop Rd Ste 200
Memphis, TN 38120-4036

_____
Signature